**LAW OFFICES OF**
**MARIO APUZZO**
185 Gatzmer Avenue
Jamesburg, New Jersey 08831
(732) 521-1900
FAX (732) 521-3906
Email apuzzo@erols.com

February 10, 2008

Office of the Clerk
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey  08101

    Kerchner et als v. Obama et als.
    Civil Action No. 1:09-cv-253

Dear Sir/Madam:

    Would you kindly issue the Summonses in this case.  I need Summonses on the following defendants:

1. Barack Hussein Obama II, President Elect of the United States, President of the United States of America, and Individually;
2. United States of America,
3. United States Congress
4. United States Senate
5. United States House of Representatives
6. Richard B. Cheney, President of the Senate, Presiding Officer of Joint Session of Congress, Vice President of the United States, and Individually;
7. Nancy Pelosi, Speaker of the House and Individually.

    Please mail the Summonses to me at the above address. Thank you.

                                          Very truly yours,

                                          s/*Mario Apuzzo*
                                          Mario Apuzzo

MA
Cc:  Charles F. Kerchner, Jr.