AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, SECOND AMENDED VERIFIED COMPLAINT AND PETITION FOR EMERGENCY INJUNCTION, DECLARATORY RELIEF, MANDAMUS AND QUO WARRANTO**
EFFECTED (1) BY ME: **EDWARD ABRAHAM**
TITLE: **PROCESS SERVER**        DATE: **02/17/2009 02:25PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

BARACK HUSSEIN OBAMA, II

Place where served:

C/O RALPH J. MARRA, JR. - ACTING UNITED STATES ATTY 970 BROAD STREET, ROOM 700 NEWARK NJ 07102

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CRYSTAL GADSTON

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'0"-5'3"   WEIGHT: 131-160 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 17 / 20 09    _____ L.S.
SIGNATURE OF EDWARD ABRAHAM
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    MARIO APUZZIO, ESQ.
PLAINTIFF:   CHARLES F. KERCHNER, ET ALS
DEFENDANT:   BARACK HUSSEIN OBAMA, II, ET ALS
VENUE:       DISTRICT NJ
DOCKET:      1:09 CV 253

ROSEMARY RAMOS 4/1/9
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.