## EXPRESS MAIL
**UNITED STATES POSTAL SERVICE**

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EB 687832845 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 031 | | $ 20.10 |

| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
|---|---|---|
| Mo. 1  Day 9  Year 0 | Month  Day 23 | $ 2.20 |

| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
|---|---|---|---|
| 6:51 PM | Noon / 3 PM / Military | $ | $ |

| Flat Rate or Weight | | Total Postage & Fees |
|---|---|---|
| 1 lbs 11.2 ozs | 2nd Day / 3rd Day | $ 23.30 |

| Int'l Alpha Country Code | Acceptance Emp. Initials |
|---|---|

**FROM:** (PLEASE PRINT) PHONE
Mario Apuzzo, Esq.
185 Gatzmer Ave
Jamesburg NJ 08831

**TO:** (PLEASE PRINT) PHONE
Attorney General Eric Holder
Department of Justice
950 Pennsylvania Ave, N.W.
Washington, DC
20530-0001

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attorney General Eric Holder
Department of Justice
950 Pennsylvania Ave,
N.W.
Washington, DC
20530-0001

2. Article Number (Transfer from service label)
EB 687832845 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   FEB 24 2009

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☒ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes