| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

**SERVICE OF:** **SUMMONS, SECOND AMENDED VERIFIED COMPLAINT AND PETITION FOR EMERGENCY INJUNCTION, DECLARATORY RELIEF, MANDAMUS AND QUO WARRANTO**

**EFFECTED (1) BY ME:** Billy T Edwards Jr

**TITLE:** **PROCESS SERVER**   **DATE:** 2/23/09

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the ~~defendant~~: AUTH. AGENT ROOSEVELT WILLIAMS

PRESIDENT BARACK HUSSEIN OBAMA,. II C/O AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS ON BEHALF OF THE PRESIDENT

Place where served: 950 PENNSYLVANIA AVE, NW   JUSTICE DEPARTMENT
WASHINGTON, D.C. 20530

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 24  HEIGHT: 6'  WEIGHT: 140  SKIN: BK  HAIR: BK  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/23/2009

SIGNATURE OF Billy T Edwards Jr L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARIO APUZZIO, ESQ.
PLAINTIFF: CHARLES F. KERCHNER, ET ALS
DEFENDANT: BARACK HUSSEIN OBAMA, II, ET ALS
VENUE: DISTRICT NJ
DOCKET: 1:09 CV 253

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.