| | |
|---|---|
| RALPH J. MARRA, JR.<br>Acting United States Attorney<br>ELIZABETH A. PASCAL<br>Assistant U.S. Attorney<br>Camden Federal Building<br>and U.S. Courthouse<br>401 Market Street<br>P.O. Box 2098<br>Camden, NJ 08101<br>(856) 757-5105<br>Attorneys for Defendants<br>United States of America and<br>President Barack Hussein Obama | Document Electronically Filed |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
Charles F. Kerchner, Jr.,           :
Lowell T. Patterson,                :
Darrell James LeNormand, and        :
Donald H. Nelsen, Jr.,              :
                                    :
                Plaintiffs,         : HONORABLE JEROME B. SIMANDLE
                                    :
        v.                          :
                                    :
Barack Hussein Obama II,            :
President Elect of the              :
United States of America,           : CIVIL ACTION NO.: 09-253
President of the United States     :
of America, and Individually,       :
a/k/a Barry Soetoro;                :
United States of America;           :
United States Congress;             :
United States Senate;               : ENTRY OF APPEARANCE
United States House of              :
Representatives;                    :
Richard B. Cheney, President of     :
the Senate, Presiding Officer       :
of Joint Session of Congress,       :
Vice President of the               :
United States and Individually;     :
and Nancy Pelosi, Speaker of        :
the House and Individually,         :
                                    :
                Defendants.         :
_____ :

To: William T. Walsh,
    Clerk of the Court

SIR:

    Please enter my appearance in the above matter on behalf of Defendants United States of America and President Barack Hussein Obama.

                                           RALPH J. MARRA, JR.
                                           Acting United States Attorney

                                           s/ELIZABETH A. PASCAL
                                           By: ELIZABETH A. PASCAL
Date: April 13, 2009                  Assistant U.S. Attorney