**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

 CHAMBERS OF                                               MITCHELL H. COHEN COURTHOUSE
 JOEL SCHNEIDER                                 1 John F. Gerry Plaza, Room 2060
UNITED STATES MAGISTRATE JUDGE                        CAMDEN, NJ 08101-0887
                                                                                          (856) 757-5446

**ELECTRONICALLY FILED**
June 29, 2009

Mario Apuzzo, Esquire
185 Gatzmer Avenue
Jamesburg, NJ 08831

    **Re: Kershner, et al. v. Obama, II, et al.**
         **Civil No. 09-253-JBS-JS**

Dear Mr. Apuzzo:

    The Court recently learned that it has been erroneously reported on certain internet web sites that the court accepts correspondence and faxes from non-parties that will become part of the court's file. As a result the court has received numerous letters and faxes from non-parties. Although the court does not know the source of the erroneous reports, you are nevertheless directed to advise your clients that the court does not accept correspondence or faxes from non-parties for filing in the court's file. See Fed. R. Civ. P. 11 ("[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name - or by a party personally if the party is unrepresented"). An Order will be entered striking the non-conforming letters from the court's docket.

                                         Very truly yours,

                                         *s/ Joel Schneider*

                                         JOEL SCHNEIDER
                                         United States Magistrate Judge

JS:jk
cc: Hon. Jerome B. Simandle
    Elizabeth Ann Pascal, AUSA