IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARLES F. KERSHNER JR., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BARACK HUSSEIN OBAMA, II, et al.,<br><br>        Defendants. | Civil No. 09-253-JBS-JS |

**O R D E R**

This matter having been <u>sua sponte</u> raised by the Court; and the Court finding that certain letters received from non-parties were erroneously added to the court's docket (<u>see</u>, <u>e.g.</u>, Doc. Nos. 18, 19, 20, 22, 23, 24 and 25); and the Court noting that pursuant to Fed. R. Civ. P. 11 ("[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name - or by a party personally if the party is unrepresented"); and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 29th day of June, 2009, that the Clerk of the Court is directed to strike and remove from the docket all letters from non-parties including, but not limited to, Doc. Nos. 18, 19, 20, 22, 23, 24 and 25.

s/Joel Schneider<br>
JOEL SCHNEIDER<br>
United States Magistrate Judge