# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**JEROME B. SIMANDLE**
DISTRICT JUDGE

**ORIGINAL FILED WITH CLERK**

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 888
CAMDEN, NJ 08101
(856) 757-5167

October 2, 2009

Mario Apuzzo, Esq.
LAW OFFICES OF MARIO APUZZO
185 Gatzmer Avenue
Jamesburg, NJ 08831

Elizabeth Ann Pascal, Assistant United States Attorney
U.S. DEPARTMENT OF JUSTICE
401 Market Street
P.O. Box 2098
Camden, NJ 08101

Re: <u>Kerchner v. Obama</u>
Civil No. 09-253 (JBS-JS)

Dear Counsel:

I have received Mr. Apuzzo's letter of yesterday's date.
Please be assured that these matters are receiving the court's
attention. I remind counsel that both sides had obtained
enlargements of time for submitting your written arguments to the
court. Briefing upon the motions was not completed until July
31, 2009, and the parties have raised many issues and arguments.
Counsel and clients may expect a written determination as soon as
my research and decision upon these issues are completed.

Very truly yours,

JEROME B. SIMANDLE
U.S. District Judge

JBS/ew

cc: Honorable Joel Schneider, U.S. Magistrate Judge