IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHARLES F. KERCHNER, JR., et al.<br><br>Plaintiffs,<br><br>v.<br><br>BARACK HUSSEIN OBAMA, II, et al.<br><br>Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 09-253 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court upon Defendants' motion to dismiss [Docket Item 27]; the Court having considered the submissions in support thereof and opposition thereto; for the reasons discussed in the Opinion of today's day; and for good cause shown;

IT IS this ____**20th**____ day of **October, 2009** hereby

ORDERED that Defendants' motion to dismiss shall be, and hereby is, **<u>GRANTED</u>**; and it is further

ORDERED that the Clerk of Court shall close this docket.


**<u>s/ Jerome B. Simandle</u>**
Jerome B. Simandle
United States District Judge