UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 09-4209

———

CHARLES F. KERCHNER, JR.; LOWELL T. PATTERSON;
DARRELL JAMES LENORMAND; DONALD H. NELSEN, JR.,

*Appellants*

v.

BARACK HUSSEIN OBAMA, II, President Elect of the United
States of America, President of the United States of America,
and Individually; UNITED STATES OF AMERICA; UNITED STATES CONGRESS;
UNITED STATES SENATE; UNITED STATES HOUSE OF REPRESENTATIVES;
RICHARD B. CHENEY, President of the Senate, Presiding Officer of Joint
Session of Congress, Vice President of the United States and Individually;
NANCY PELOSI, Speaker of the House and Individually

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No.1-09-cv-00253)
District Judge: Hon. Jerome B. Simandle

———

Before:  SLOVITER, BARRY and HARDIMAN, <u>Circuit Judges</u>

———

<u>JUDGMENT</u>

This cause came on to be considered on the record from the United States District

Court for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a)

on June 29, 2010.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the

judgment of the District Court entered October 21, 2009, be and the same is hereby affirmed. Costs taxed against Appellants. All of the above in accordance with the opinion of this Court.

                                        Attest:

DATED: July 2, 2010                /s/ Marcia M. Waldron
                                        Clerk